*Compiler of Law /Law Library*

## IN THE SUPERIOR COURT OF GUAM

| | |
|---|---|
| BARBARA F. ZACHARIAS, | ) **SMALL CLAIMS CASE NO. SD1478-08** |
| Plaintiff, | ) **CIVIL CASE NO. CV0503-09** |
| vs. | ) |
| | ) **DECISION AND ORDER** |
| GERARD A. CHAMPION as Trustee for IGNACIA BUTLER TRUST, | ) |
| Defendant. | ) |

## INTRODUCTION

This matter came before the Honorable Judge Steven S. Unpingco on the Defendant's Motion for New Trial after Small Claims Judgment, filed March 23, 2008. Attorney Gary Wayne Francis Gumataotao represents the Plaintiff and the Defendant represents himself pro se. Having considered the parties' briefs and the applicable law, the Court now issues the following Decision and Order.

## BACKGROUND

On March 2, 2009, Judgment entered against the Defendant in Small Claims Case No. SD1478-08. Due to a clerical error, the Defendant did not receive written notice of the Judgment until March 23, 2009, at which time the Defendant immediately filed a Motion for New Trial with Small Claims Form No. 3 pursuant to the Local Rules of the Superior Court, Rule MR5.1(k). The Plaintiff opposes new trial because the Motion was filed more than ten (10) days after entry of Judgment in violation of Local Rule MR5.1(j).

## DISCUSSION

Under the Local Rules of the Superior Court, a small claims defendant who is dissatisfied may file a motion for new trial within ten (10) days of the judgment against him. *See* Local Rule MR5.1(j). The right to this new trial is absolute and a trial de novo shall be granted in the Superior Court. *See* Local Rule MR5.1(l). In the Superior Court, a party may find relief from final judgment due to clerical error, and a final judgment may be disturbed where the refusal to act appears inconsistent with substantial justice. *See* Guam R. Civ. P. Rules 60 and 61.

In this case, the Defendant's Motion is untimely and it may be denied on the basis of Local Rule MR5.1(j). However, the delay is excusable by the Court's clerical error in service. *See* GRCP Rule 60. This error affects the substantial rights of the parties and any refusal to take action appears to this Court to be inconsistent with substantial justice. *See* GRCP Rule 61. For these reasons, the Motion for New Trial shall be granted.

///

///

///

## CONCLUSION

Based upon the foregoing, the Motion for New Trial is hereby GRANTED. Pursuant to Local Rule MR5.1(l), no further pleadings shall be required, and a Scheduling Conference shall be held on __OCT 2 6 2009__ at __11:00AM__.

SO ORDERED this 25th day of August, 2009.

Original Signed By:
Hon. Steven S. Unpingco

_____
**HONORABLE STEVEN S. UNPINGCO**
**Judge, Superior Court of Guam**

I do hereby certify that the foregoing is a full true and correct copy of the original on file in the office of the Clerk of the Superior Court of Guam.

AUG 25 2009

Evelyn R. Borja
Deputy Clerk, Superior Court of Guam